UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE WALBRIDGE,<br><br>        Plaintiff,<br><br>  -against-<br><br>RETRIEVAL MASTERS CREDITORS BUREAU, INC. d/b/a AMERICAN MEDICAL COLLECTION AGENCY; and DOES 1-10, inclusive,<br><br>        Defendants | Docket No.: 7:18-cv-01078-NSR<br><br>**CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Retrieval Masters Creditors Bureau, Inc, doing business as American Medical Collection Agency, by its undersigned counsel, hereby certifies that it has no parent corporation and that no publically held corporation owns 10% or more of its stock

Dated:    New York, New York
             April 9, 2018

                                          **HINSHAW & CULBERTSON LLP**
                                          *Attorneys for Defendant Retrieval Masters Creditors Bureau, Inc, doing business as American Medical Collection Agency*

                              By:    */s/Han Sheng Beh*
                                          **Han Sheng Beh, Esq.**
                                          800 Third Avenue, 13th Floor
                                          New York, New York 10022
                                          Tel: (212) 471-6200

TO:    *All Counsel of Record (via ECF)*